UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SHARON GRAVES,                    No. 2:10-cv-00511-MCE-KJM

      Plaintiff,

  v.                              **ORDER**

METROPOLITAN LIFE
INSURANCE COMPANY aka
MetLife, and DOES 1 to 100,

      Defendant.

Plaintiff Sharon Graves has filed an Application to Proceed without Prepayment of Fees in this matter. Examination of Ms. Graves' affidavit submitted in support of said Application reveals that Plaintiff has assets sufficient to pay the costs of suit herein. Plaintiff's Application (Docket No. 11) is accordingly DENIED.

IT IS SO ORDERED.

Dated: June 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1