# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GRAVES, | CASE NO.: 2:10-cv-00511-MCE-KJM |
| Plaintiff, | **ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
| vs. | [Lodged Concurrently With: <br> - Stipulation for Dismissal] |
| METROPOLITAN LIFE INSURANCE COMPANY aka MetLife, and DOES 1 to 100, | |
| Defendants. | Complaint Filed: March 3, 2010 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\ifolder\mengland\home\to docket civil\10cv0511.o.1210.doc

# ORDER

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.  IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED:  December 10, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP


/s/ *Robert K. Renner*
ROBERT K. RENNER
JAMES C. CASTLE
Attorneys for Defendant
Metropolitan Life Insurance Company